UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UBS FINANCIAL SERVICES INC.,

      Plaintiff,

v.

JONATHAN MODIANO, ADAM JONES and MARK STEINBERG,

      Defendants.
_____/

Case No. 25-cv-13206

Hon. Susan K. DeClercq

Hon. Mag. Kimberly G. Altman

## STIPULATED ORDER FOLLOWING CASE STATUS CONFERENCE

Following a status conference with the Court on October 16, 2025, regarding the scheduling of further proceedings in this matter following the entry of the Court's October 13, 2025, Opinion and Order Granting in Part and Denying in Part Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order (the "*Ex Parte* TRO") [ECF No. 9], the Parties stipulate that:

1. The Parties are required by FINRA Rule 13804 to proceed to FINRA arbitration; the Parties have agreed that a preliminary injunction hearing before this Court is not necessary and the Parties will immediately proceed to FINRA arbitration.

2. The Parties are directed to proceed with arbitration in accordance with FINRA Rule 13804.

3. Plaintiff's Motion for Expedited Discovery [ECF No. 6] is moot and withdrawn.

4. The *Ex Parte* TRO shall continue in full force and effect for 14 days under Fed. R. Civ. P. 65 or until further Order of the FINRA Arbitration Panel on UBS's request for permanent injunctive relief under FINRA Rule 13804, whichever is longer.

5. Defendants will comply with Paragraph 3 of the *Ex Parte* TRO upon Plaintiff's execution of a mutually agreed upon Confidentiality Agreement governing the FINRA Arbitration, which will subsequently be submitted to the FINRA Arbitration Panel for approval.

6. The Parties reserve all rights, remedies, claims, or defenses permitted to be raised in the FINRA Arbitration.

7. The Parties are directed to alert this Court of the completion of the FINRA Arbitration proceedings.

**SO ORDERED.**

**This is not a final order and does not close this case.**

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: October 23, 2025

Dated: October 20, 2025

**Stipulated and agreed:**

| | |
|---|---|
| By: */s/ Neil B. Pioch*<br>Neil B. Pioch (P67677)<br>LITTLER MENDELSON, P.C.<br>Attorneys for Plaintiff<br>500 Woodward Ave, Suite 2600<br>Detroit, Michigan 48226<br>(313) 446-6400<br>npioch@littler.com<br><br>William H. Foster (*Request for Admission Forthcoming*)<br>Katie E. Towery (*Request for Admission Forthcoming*)<br>LITTLER MENDELSON, P.C.<br>Attorneys for Plaintiff<br>110 East Court Street, Suite 201<br>Greenville, South Carolina 29601<br>(864) 775-3190<br>bfoster@littler.com<br>ktowery@littler.com | By: */s/ Miles D. Hart*<br>Miles D. Hart (P43797)<br>Brian Witus (P53062)<br>Samuel P. Mauch (P68826)<br>SARETSKY HART MICHAELS + GOULD PC<br>Attorneys for Defendants<br>995 South Eton<br>Birmingham, Michigan 48009<br>(248) 502-3300<br>mhart@saretsky.com<br>bwitus@saretsky.com<br>smauch@saretsky.com<br><br>By: */s/ Jonathan A. Scobie*<br>Jonathan A. Scobie<br>Thomas B. Lewis (member of the New Jersey bar)<br>STEVENS & LEE<br>Attorneys for Defendants<br>510 Carnegie Center Drive, Ste 400<br>Princeton, New Jersey 08540<br>(609) 987-6656<br>jonathan.scobie@stevenslee.com<br>thomas.lewis@stevenslee.com |

## CERTIFICATE OF SERVICE

The undersigned states that on October 20, 2025 a copy of the foregoing document was electronically filed via the Court's CM/ECF system and emailed upon all parties.

*/s/ Jonathan A. Scobie*