IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UBS FINANCIAL SERVICES INC.,

      Plaintiff,                          Case No. 25-cv-13206

v.                                         Hon. Susan K. DeClercq

JONATHAN MODIANO, ADAM       Hon. Mag. Kimberly G. Altman
JONES and MARK STEINBERG,

      Defendants.

## STIPULATED ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate and agree, as evidenced by the signatures of their attorneys below, that the above-captioned action should be dismissed without prejudice, with each Party to bear that Party's own costs and attorneys' fees.

Accordingly, it is ORDERED that this case is dismissed without prejudice and no award of costs or fees.

**IT IS SO ORDERED**.

                                                          */s/Susan K. DeClercq*
                                                          SUSAN K. DeCLERCQ
                                                          United States District Judge

Dated: December 11, 2025

Dated: December 9, 2025

**Stipulated and agreed:**

| | |
|---|---|
| By: */s/ Neil B. Pioch*<br>Neil B. Pioch (P67677)<br>LITTLER MENDELSON, P.C.<br>Attorneys for Plaintiff<br>500 Woodward Ave, Suite 2600<br>Detroit, Michigan 48226<br>(313) 446-6400<br>npioch@littler.com<br><br>William H. Foster (*Request for Admission Forthcoming*)<br>Katie E. Towery (*Request for Admission Forthcoming*)<br>LITTLER MENDELSON, P.C.<br>Attorneys for Plaintiff<br>110 East Court Street, Suite 201<br>Greenville, South Carolina 29601<br>(864) 775-3190<br>bfoster@littler.com<br>ktowery@littler.com | By: */s/ Miles D. Hart*<br>Miles D. Hart (P43797)<br>Brian Witus (P53062)<br>Samuel P. Mauch (P68826)<br>SARETSKY HART MICHAELS + GOULD PC<br>Attorneys for Defendants<br>995 South Eton<br>Birmingham, Michigan 48009<br>(248) 502-3300<br>mhart@saretsky.com<br>bwitus@saretsky.com<br>smauch@saretsky.com<br><br>By: */s/ Jonathan A. Scobie*<br>Jonathan A. Scobie<br>Thomas B. Lewis (member of the New Jersey bar)<br>STEVENS & LEE<br>Attorneys for Defendants<br>510 Carnegie Center Drive, Ste 400<br>Princeton, New Jersey 08540<br>(609) 987-6656<br>jonathan.scobie@stevenslee.com<br>thomas.lewis@stevenslee.com |

## CERTIFICATE OF SERVICE

The undersigned states that on December 9, 2025 a copy of the foregoing document was electronically filed via the Court's CM/ECF system and emailed upon all parties.

*/s/ Jonathan A. Scobie*